Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN NICHOLSON HOFHEINZ, <br><br> Plaintiff, <br> v. <br><br> SHOUT! FACTORY, LLC; *et al.*, <br><br> Defendants. | Case No.: CV18-10053-DMG-GJS <br> *Honorable Dolly M. Gee Presiding* <br><br> **NOTICE OF SETTLEMENT** |

1

*TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:*

PLEASE TAKE NOTICE that Plaintiff has reached a settlement in principle with all Defendants in this action.  These Parties are currently in the process of memorializing the terms of the agreement and should be in a position to file a dismissal of this matter within forty-five (45) days. This settlement will resolve this matter in its entirety.  So owing, Plaintiff respectfully requests that the current hearings, dates, and deadlines be vacated or continued by forty-five (45) days so that the parties can finalize performance of the terms of the agreement and file the appropriate dismissal.

                                      Respectfully submitted,

Date: September 23, 2019      By:   /s/ *Justin M. Gomes*
                                                Scott Alan Burroughs, Esq.
                                               Trevor W. Barrett, Esq.
                                               Justin M. Gomes, Esq.
                                               DONIGER / BURROUGHS
                                               Attorneys for Plaintiff