AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.<br>CV 18-10053 DMG (GJSx) | DATE FILED<br>11/30/2018 | United States District Court-Central<br>350 West 1st Street<br>Los Angeles, California 90012 |

| PLAINTIFF | DEFENDANT |
|---|---|
| SUSAN NICHOLSON HOFHEINZ | SHOUT! FACTORY, LLC; et. al. |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | LP 8889 | Invasion of the Saucer-Men | Susan Nicholson Hofheinz |
| 2 | L-M LP 9438 | I Was a Teenage Frankenstein | Susan Nicholson Hofheinz |
| 3 | VAu 486-778 | I Was a Teenage Werewolf | Susan Nicholson Hofheinz |
| 4 | VAu 458-840 | It Conquered the World | Susan Nicholson Hofheinz |
| 5 | VAu 786-781 | The Amazing Colossal Man | Susan Nicholson Hofheinz |
| 6 | L-M LP 7780 | Apache Woman | Susan Nicholson Hofheinz |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☒ Order   ☐ Judgment | ☐ Yes   ☒ No | 9/24/2019 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| KIRY K. GRAY | G. Kami | 9/24/2019 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy