# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN NICHOLSON HOFHEINZ,<br><br>Plaintiff,<br><br>vs.<br><br>SHOUT! FACTORY, LLC; et al.,<br><br>Defendants. | Case No.: CV 18-10053-DMG (GJSx)<br><br>**ORDER ON FOURTH STIPULATION TO CONTINUE DEADLINE TO DISMISS OR RE-OPEN ACTION [40]** |

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

The deadline to dismiss or re-open this action is continued to March 13, 2020. Failure to timely comply with this Order or stipulate to the continuance of the deadline will result in the dismissal of this action as of March 16, 2020.

IT IS SO ORDERED.

DATED: February 11, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

ORDER