| Name, Address and Telephone Number of Attorney(s): | |
|---|---|
| Greg Victoroff, Esq.<br>11911 San Vicente Blvd. Ste. 390<br>Los Angeles, CA 90049<br>(310) 207-8999 | CLEAR FORM |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN N. HOFHEINZ<br><br>Plaintiff(s)<br>v.<br>SHOUT FACTORY, LLC<br><br>Defendant(s). | CASE NUMBER<br><br>18-cv-10053 DMG (GJSx)<br><br><br>**MEDIATION REPORT** |

*Instructions:* *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☐ A mediation was held on (date): _____ .

    ☑ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

    ☐ Appeared as required by L.R. 16-15.5(b).

    ☑ Did not appear as required by L.R. 16-15.5(b).

      ☐ Plaintiff or plaintiff's representative failed to appear.
      ☐ Defendant or defendant's representative failed to appear.
      ☑ Other:  Settlement reached in principle on 9/23/2019, before scheduled Mediation.

3. Did the case settle?

    ☑ Yes, fully, on  approx. 6/25/2020  (date).
    ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
    ☐ Yes, partially, and further facilitated discussions are **not** expected.
    ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
    ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?

Dated: 6/25/2020

/s/Greg Victoroff/
Signature of Mediator

Greg Victoroff
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*