Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN NICHOLSON HOFHEINZ,<br><br>Plaintiff,<br><br>vs.<br><br>SHOUT! FACTORY, LLC; et al.,<br><br>Defendants. | Case No. 2:18-cv-10053-DMG-GJS<br><u>Honorable Dolly M. Gee Presiding</u><br><br>**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Susan Nicholson Hofheinz ("Plaintiff") and Defendants Shout! Factory, LLC and Daniel Griffith, individually and doing business as Ballyhoo Motion Pictures (collectively "Defendants") stipulate to dismiss this matter with prejudice with all parties to bear their own respective costs.

**IT IS HEREBY STIPULATED** that this action is dismissed WITH PREJUDICE and all parties shall bear their respective costs;

Date: August 14, 2020    By:    /s/ *Justin M. Gomes*
Scott Alan Burroughs, Esq.
Justin M. Gomes, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff

Dated: August 14, 2020    By:    /s/ *Jim Curry*
Jim Curry
LOEB & LOEB LLP
Attorneys for Defendants

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.